**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
New Horizon

                                           NOTICE OF REASSIGNMENT

            -v-

                                           1:07 cv.  9512(RWS)(FM)

Spitzer
------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

JUDGE: Robert W. Sweet

All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment or. all defendants.

Dated: 11/19/07

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

CC:   Attorneys of Record

CASE REDESIGNATED TO: Frank Maas

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004