```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
New Horizon Church Ministry,

                    Plaintiff,

                                          07 Civ. 9512(RWS)
          vs.
                                               O R D E R


Eliot Spitzer, in his official
Capacity as Governor of New York

                    Defendant.
                                   X
```

**Sweet, D.J.,**

    For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.


    It is so ordered.

**New York, NY**
**March 20, 2008**



ROBERT W. SWEET
U.S.D.J.
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08