**FILED ELECTRONICALLY**

United States District Court
For the District of New York
Southern Division

_____        )
                                       )
New Horizon Church Ministry,           )   Case No.:   07 cv 9512 (RWS)
                                       )
         Plaintiff,                    )
v.                                     )
                                       )
Elliot Spitzer, in his official capacity as )
     Governor of New York,             )   **PLAINTIFF'S MOTION**
                                       )   **FOR RECONSIDERATION**
                                       )
         Defendants.                   )
_____        )


     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, pursuant to Rule 60(B)(1) and (6) of the Federal Rules of Civil Procedure and Local Rule 6.3, Plaintiff moves this Court for an Order reconsidering the Court's decision to dismiss Plaintiff's case. Pursuant to Local Rule 6.1(b), opposition papers shall be due ten business days from the service of this motion.


Respectfully submitted this 29th Day of August 2008,


                                      By: _/S/Richard Mahfouz_____
                                          Richard Mahfouz
                                          Clerkin & Sinclair LLP
                                          964 5th Avenue
                                          San Diego, CA, 92101-1529
                                          Phone: (214) 592-4018
                                          Fax: (214) 975-2893
                                          Attorney for Plaintiff
                                          Bar # RM0096

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* overnight service with DHL to the non-CM/ECF participants indicated on the attached Manual Notice List.

By:  _/S/Richard Mahfouz_____
Richard Mahfouz
Clerkin & Sinclair LLP
964 5th Avenue
San Diego, CA, 92101-1529
Phone: (214) 592-4018
Fax: (214) 975-2893
Attorney for Plaintiff
Bar # RM0096

**Mailing Information for a Case 1:07-cv-09512-RWS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Mahfouz**
rmahfouz@clerkinlaw

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- Monica Connell, AAG
State of New York
Office of the Attorney General
120 Broadway
New York, New York 10271-0332

- Laura Johnson, AAG
State of New York
Office of the Attorney General
120 Broadway, 25th Floor
New York, New York 10271