

RECEIVED
FEB 1 1 2009
JUDGE SWEET CHAMBERS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| New Horizon Church Ministry, | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | |
| Eliot Spitzer, et. al., | ) | Case No.: 07 cv 9512 (RWS) |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) New
Horizon Church Ministry and or their counsel(s), hereby give notice that the above-captioned
action is voluntarily dismissed, without prejudice against the defendant(s) Eliot Spitzer, et. al.

Date: February 11, 2009

_____

*Signature of plaintiffs or plaintiff's counsel*

964 Fifth Ave Ste 234

*Address*

San Diego, CA

*City, State & Zip Code*

619-307-9771

*Telephone Number*

So ordered

Sweet
U S D J
2-11-09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-09